384 P.2d 135

**Tobias ORTEGA, Petitioner,**

v.

**Fred J. FEDERICI, District Judge of the Eighth Judicial District Designated to try Cause No. 7256 in the District Court of the First Judicial District Sitting Within and for Santa Fe County, Respondent.**

No. 7445.

Supreme Court of New Mexico.

July 29, 1963.

COMPTON, Chief Justice, and CHAVEZ and MOISE, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

384 P.2d 135

**Cecil Alvin PECE, Petitioner,**

v.

**The STATE of New Mexico and Harold A. Cox et al., Respondents.**

No. 33 HC,

Supreme Court of New Mexico.

July 30, 1963.

COMPTON, Chief Justice, and CHAVEZ and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus be and the same is hereby denied for the reason that the matter is pending in the District Court.

384 P.2d 135

**H. Marvin VAUGHN, Petitioner,**

v.

**A. K. MONTGOMERY, President, the Corporation, Penitentiary of New Mexico, a New Mexico Corporation, Respondent.**

No. 34 HC.

Supreme Court of New Mexico.

Aug. 6, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that free process be and the same is hereby granted.

Further ordered that the petition for writ of habeas corpus be and the same is hereby denied for petitioner's failure to exhaust District Court remedy.